

_Mailing Address_
P.O. Box 1291
Buffalo, NY 14240-1291

OvernightMail
220 Northpointe Parkway
Suite G
Amherst, NY 14228

**STEVEN J. BAUM, P.C.**
**ATTORNEYS AT LAW**

Phone Number
716-204-2400

Fax Number
716-204-4600
Not for Service
Web Site
WWW.MBAUM.COM

March 3, 2011

CLERK, UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Re:       HSBC MORTGAGE CORPORATION (USA) vs. GUY D COVILLE, KATHY L
             DEBIE-COVILLE, et al.
Case No.     10-11798-1-rel

Dear Sir or Madam:

      Please be advised that we have settled the Motion to Lift Stay in the above mentioned matter with a conditional order. This has been on consent with the Debtor's Attorney.

      Please note that the motion has been scheduled for the 24th day of March, 2011 at 9:15 am in Albany, New York.

      If you have any questions, please feel free to call.

      Very truly yours,

      STEVEN J. BAUM, P.C.

By:    Ehret A. Van Horn, Esq.